**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 11-59-DLB-JGW**

**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**

**vs.**                                                        **ORDER**

**GARY ARNWINE**                                                                    **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of thirty-two (32) months imprisonment with no supervised release to follow. (Doc. # 17). During the evidentiary hearing conducted by Magistrate Judge Wehrman on November 28, 2011, Defendant orally stipulated to violating the terms of his supervised release. (Doc. # 15).

Defendant having executed a waiver of his right to allocution (Doc. # 16), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) the Magistrate Judge's Report and Recommendation (Doc. # 17) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **thirty-two (32) months** with no supervised release to follow;

(5) That the above sentence be served at FMC Lexington, Kentucky or the next closest medical facility where the 500 hour drug treatment program is provided; and

(6) A Judgment shall be entered contemporaneously herewith.

This 16th day of December, 2011.



Signed By:
*David L. Bunning*   *DB*
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2011\11-59 Order adopting R&R.wpd